AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| v. | Case No. 3:22-mj-1376-LLL |
| LEODAN FLORES-MARTINEZ | |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief: On or about August 18, 2022, in Columbia County, in the Middle District of Florida, the defendant,

> a citizen of Mexico and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about: August 12, 2014, August 6, 2014, January 15, 2014, January 9, 2014, January 4, 2014, and December 30, 2013,

in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Special Agent for the Department of Homeland Security, Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant
Michael Wood

Sworn to before me and subscribed in my presence,

on August 25, 2022                    at   Jacksonville, Florida

LAURA LOTHMAN LAMBERT
United States Magistrate Judge
Name & Title of Judicial Officer                    Signature of Judicial Officer

## CRIMINAL COMPLAINT AFFIDAVIT

I, Michael Wood, being a duly sworn and appointed Special Agent of the Department of Homeland Security, United States Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), hereby make the following statement in support of the attached criminal complaint.

1. I am a Special Agent (SA) of HSI and have been in federal law enforcement for 22 years, initially as a Border Patrol Agent and later as an HSI Special Agent. I have training and experience in the preparation of criminal complaints, and the service of arrest warrants generated from complaints.

2. On August 18, 2022, I was assisting in a highway interdiction operation near Lake City, Florida and the intersection of Interstates 10 and 75. During this operation, I responded to a traffic stop made by the Columbia County Sheriff's Office (CCSO) in the vicinity of Mile Marker 414 on I-75 southbound, to investigate possible immigration related criminal violations.

3. Upon arrival at the scene, CCSO deputies informed me that they stopped a red Audi sedan with four occupants. The CCSO deputies further informed me that the driver of the vehicle explained that one of the passengers paid him $900 to be transported to Miami, Florida. Upon learning this information, HSI SA Donald Wells used an HSI issued "NeoScan 45" mobile fingerprint capture device to obtain the fingerprints of that vehicle passenger.

Once SA Wells obtained the fingerprints, this individual was identified as Leodan FLORES-MARTINEZ. The search revealed he has been issued Alien Registration Number (A number) 099 835 108 along with an FBI number 324405XD6.

4. An HSI Investigative Research Specialist (IRS) conducted searches utilizing immigration databases to confirm Leodan FLORES- MARTINEZ had an Alien Registration Number (A number) 099 835 108 and provided information that FLORES- MARTINEZ had previously been removed on at least one occasion in August 2014.

5. Subsequent records checks in HSI databases revealed four Expedited Removals and two Reinstatement of Deport Orders for Leodan FLORES- MARTINEZ, as set forth below.

6. CCSO arrested and charged Leodan FLORES- MARTINEZ with one count of possession of drug paraphernalia. I requested assistance from U.S. Border Patrol in placing an immigration detainer on Leodan FLORES- MARTINEZ.

7. On August 19, 2022, I contacted the National Records Center (NRC) and requested immigration documents for Alien Registration file ("A File") 099 835 108 for Leodan FLORES- MARTINEZ, including prior removals and reinstatements.

8. On August 22, 2022, I received the immigration documents related to the removals of FLORES-MARTINEZ from A File 099 835 108. The immigration checks revealed the following:

    a. A number 099 835 108 was assigned to Leodan FLORES-MARTINEZ.

    b. FLORES-MARTINEZ was born on October 26, 1994, in Mexico.

    c. FLORES-MARTINEZ was apprehended by Border Patrol on December 29, 2013, near Nogales, Arizona after crossing the border between the United States and Mexico.

    d. FLORES-MARTINEZ was ordered removed from the United States by Expedited Removal on December 30, 2013.

    e. FLORES-MARTINEZ was removed from the United States from Nogales, Arizona to Mexico by Expedited Removal on December 30, 2013

    f. FLORES-MARTINEZ was again apprehended by Border Patrol on January 4, 2014, near Nogales, Arizona after crossing the Mexican border.

    g. FLORES-MARTINEZ was ordered removed from the United States by Expedited Removal on January 4, 2014, and removed

that same day from Nogales, Arizona to Mexico by Expedited Removal.

h. FLORES-MARTINEZ was apprehended by Border Patrol on January 8, 2014, near Naco, Arizona after crossing the Mexican border.

i. FLORES-MARTINEZ was ordered removed from the United States by Expedited Removal on January 8, 2014, and removed the following day (January 9, 2014) from Douglas, Arizona to Mexico by Expedited Removal.

j. FLORES-MARTINEZ was apprehended by Border Patrol on January 14, 2014, near Naco, Arizona after crossing the Mexican border.

k. FLORES-MARTINEZ was ordered removed from the United States by Expedited Removal on January 15, 2014, and removed that same day from Douglas, Arizona to Mexico by Expedited Removal.

l. FLORES-MARTINEZ was apprehended by Border Patrol on August 5, 2014, near Hidalgo, Texas after crossing the Mexican border.

4

    m. FLORES- MARTINEZ had an Order of Deport Reinstated on August 6, 2014 and removed from the United States that same day from Hidalgo, Texas by Reinstatement of Deport Order.

    n. FLORES- MARTINEZ was apprehended by Border Patrol on August 11, 2014, near Falfurrias, Texas after crossing the Mexican border.

    o. FLORES- MARTINEZ had an Order of Deport Reinstated on August 11, 2014, and was removed from the United States the following day (August 12, 2014) from Brownsville/Gateway, Texas by Reinstatement of Deport Order.

9. Leodan FLORES-MARTINEZ does not have consent from the Attorney General or the Secretary of the Department of Homeland Security to apply for admission or re-enter the United States after having been previously deported and removed as set forth.

10. Based upon the foregoing, I believe there is probable cause that Leodan FLORES-MARTINEZ, a citizen of Mexico, found unlawfully present in the United States without first having obtained the required consent set forth in paragraph 9, after having been deported or removed from the United States, is in violation of Title 8, United States Code, Section 1326(a).

_____
Michael Wood, Special Agent
U.S. Immigration and Customs Enforcement
Homeland Security Investigations
Jacksonville, Florida